IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HAMILTON BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:15CV557-MHT |
| ) | |
| HONORABLE ROBERT LUTTI, et al., ) | |
| ) | |
| Defendants. ) | |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

Plaintiff "Hamilton Brown" has filed a complaint in this court against nine defendants: Honorable Robert Lutti; the Allegheny County [Pennsylvania] Department of Court Records; Jeremy Kobeski; Phelan Hallinan Diamond & Jones; Pennymac Mortgage Investment Trust; Michael Trainor; Blank Rome LLP; Allegheny County Court of Common Pleas; and the Pennsylvania Supreme Court Disciplinary Board. Plaintiff's claims arise from a mortgage foreclosure lawsuit brought against him by defendant Pennymac; he alleges that the defendants conspired against him "because of his class based status as an American Indian (a class) citizen of Pennsylvania and the Sioux Tribe" and claims that the defendants violated his rights under the Sioux Treaty of Fort Laramie and his constitutional rights. He seeks a judgment awarding him "the amount of $3,000,000.00 plus costs, interest and fees." (Complaint, Doc. # 1).[1]

---

[1] The present case is one of eleven that this plaintiff filed against these defendants on August 3 and August 4, 2015, in district courts in Florida, Oklahoma, Georgia, Hawaii, Colorado, Ohio, Connecticut, Arkansas, and Alabama. Plaintiff has signed both his complaint and his *in forma*

It appears from the allegations of the complaint and the entities/individuals plaintiff has sued that this action arises from mortgage foreclosure litigation brought against the plaintiff in Allegheny County, Pennsylvania. Plaintiff alleges that he is a "citizen of Pennsylvania" and there is nothing in the complaint to suggest that any defendant may be found in this district, that any of the events giving rise to plaintiff's claims occurred in this district, or that any defendant is even subject to personal jurisdiction in this district.[2] The

---

*pauperis* declaration with an illegible signature above the typed name "Hamilton Brown." However, it appears from the allegations of the present complaint and the record of this court in the case of Banks v. Pivnichny, *et al.* (Civil Action No. 2:15cv369-WKW), as well as information appearing on the internet, that "Hamilton Brown" is an alias or business/trade name for Frederick Banks. See Complaint at ¶¶ 3, 4 (referring to previous litigation involving "the same set of facts" against "Freddie Banks" and complaining of defendant Kobeski's conduct in filing a "Motion for Entry of Judgment against Frederick Banks"); Banks v. Pivnichny, *et al.*, Civil Action No. 2:15cv369-WKW (Complaint at p. 3, plaintiff's signature over a typed signature block reading "Frederick Banks[,] *Hamilton Brown*[,] US Steel Tower[,] 600 Grant Street[,] Suite 660[,] Pittsburgh, PA 15219")(emphasis added). Although he failed to provide his mailing address to the Clerk of this court when he filed the present action, plaintiff uses a Pittsburgh mailing address on a complaint that he filed in the Western District of Oklahoma under the name "Hamilton Brown" which matches the address he provided – as Frederick Banks – in the plaintiff's previous lawsuit filed in this court. court. See Complaint in Hamilton Brown v. Bill LNU, *et al.*, Civil Action No. 5:15cv724-M (W.D. Okla.), at p. 2 (identifying plaintiff Hamilton Brown's address as: US Steel Tower, 600 Grant Street, Suite 660, Pittsburgh, PA 15219); Banks v. Pivnichny, *et al.*, Civil Action No. 2:15cv369-WKW (Complaint at p. 3)(same address for plaintiff Banks). See also https://twitter.com/fredbanks123 ("Frederick Banks[,] @fredbanks123[,] I'm a day trader, musician in Vampire Nation and July, a litigator, targeted individual, and head of Hexagon Records and *Hamilton Brown*")(emphasis added); https://www.facebook.com/hamiltonbrownfirm (Facebook page for "Hamilton Brown LLC"; includes a link to a gofundme.com account, "Targeted Individuals by Fred Banks" and a photograph of a flyer providing the 600 Grant Street address for "Hamilton Brown LLC")(both webpages accessed on 8/05/2015).

[2] This recommendation addresses venue *only*, and the court intends no suggestion that plaintiff states an actionable claim against any defendant or that Banks is entitled to proceed *pro se* on behalf of Hamilton Brown (if, in fact, the latter is a corporate entity as indicated on its Facebook page). Additionally, the court does not reach the motion to proceed *in forma pauperis* at this time, as it is not clear whether Banks's averments regarding assets pertains to "Hamilton Brown" or to Banks personally. The court notes that Banks's Twitter account includes a July 26, 2015 "tweet"

court concludes that venue does not lie in this district and, also, that venue is proper in the Western District of Pennsylvania. See 28 U.S.C. § 1391(b)(2) ("A civil action may be brought in ... a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred[.]"); id. at § 118(c)(the Western District of Pennsylvania includes Allegheny County).

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this action be transferred, pursuant to 28 U.S.C. § 1406(a), to the United States District Court for the Western District of Pennsylvania, a district in which this action could have been brought.[3]

The Clerk of the Court is ORDERED to file the Recommendation of the Magistrate Judge and to serve a copy on the parties to this action. The parties are DIRECTED to file any objections to this Recommendation on or before August 20, 2015. Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which the party objects. Frivolous, conclusive or general objections will not be considered by the District Court.

Failure to file written objections to the proposed findings and recommendations in the Magistrate Judge's report shall bar the party from a *de novo* determination by the District

---

stating, "My $48,000/2br-1429ft2-Boynton Beach Florida Condo is for sale[.]" https://twitter.com/fredbanks123 (accessed 08/05/2015). There is reason to question whether the "Hamilton Brown" IFP declaration includes Frederick Banks's personal assets and, thus, a hearing on the IFP motion may be required.

[3] See 28 U.S.C. § 1406(a) ("The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought.").

Court of issues covered in the report and shall bar the party from attacking on appeal factual findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice.  Resolution Trust Co. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993);  Henley v. Johnson, 885 F.2d 790, 794 (11th Cir. 1989).

DONE, this 6th day of August, 2015.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE